No. 1195. SERRANO, DEMANDANTE Y APELADO, *v.* BERDIEL ET AL., DEMANDADOS Y APELANTES.—Apelación procedente de la Corte de Distrito de Ponce en un caso sobre nulidad de ejecución hipotecaria y otros extremos. Moción del apelado para que se desestime la apelación. Resuelto en noviembre 9, 1914. Denegada la moción del apelado por haber radicado su ale-

gato la parte apelante antes de la vista de la moción. Abogado de los apelantes: *Sr. Francisco Parra Capó.* Abogado del apelado: *Sr. Ramón Dapena.*